UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| LOGAN VANDERHOEF, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No.: 3:16-CV-508-TAV-DCP |
|  | ) |  |
| MAURICE KELLY DIXON, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## **ORDER**

This civil matter comes before the Court on a mandate from the Sixth Circuit to reenter judgment consistent with the jury's verdict. The jury trial in this case began on March 20, 2018. The jury returned a verdict two days later, finding defendant liable for a civil rights violation under 42 U.S.C. § 1983 and for assault and false imprisonment under Tennessee state law [Doc. 103]. At trial, defendant moved for directed verdict on the grounds that defendant was entitled to qualified immunity. The Court took this under advisement, and defendant later moved for judgment as a matter of law on the question of qualified immunity as well as on the individual claims [Doc. 118]. The Court granted defendant's motion, finding that defendant was entitled to qualified immunity on the § 1983 claim as well as the assault and false imprisonment claims [Doc. 124]. Plaintiff appealed [Doc. 125].

The Sixth Circuit found on appeal that this Court's ruling granting judgment as a matter of law was in error. *Vanderhoef v. Dixon*, No. 18-5993, 2019 WL 3938640, at *7

(6th Cir. Aug. 21, 2019). The panel consequently reversed this Court's judgment and remanded for reentry of a judgment consistent with the jury's verdict. *Id.*

In light of the above, the Court **REENTERS** judgment in favor of Logan Vanderhoef against Maurice Kelly Dixon. It is **ORDERED AND ADJUDGED** that the jury unanimously finds the following:

- As to the 1983 claim, the plaintiff, Logan Vanderhoef, shall recover compensation in the amount of five hundred dollars ($500.00) from the defendant, Maurice Kelly Dixon;

- As to the assault claim, the plaintiff, Logan Vanderhoef, shall recover compensation in the amount of five hundred dollars ($500.00) from the defendant, Maurice Kelly Dixon;

- As to the unlawful imprisonment claim, the plaintiff, Logan Vanderhoef, shall recover compensation in the amount of five hundred dollars ($500.00) from the defendant, Maurice Kelly Dixon.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE